IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN L. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08-cv-1832 |
| | ) | |
| LIBERTY MUTUAL GROUP, INC. and | ) | |
| WAUSAU SIGNATURE AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

```
MOTION:
Granted    ✓
Denied    _____
Overruled _____
Date _____
(signature) 5/13/09
```

### DEFENDANTS' JOINT MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Liberty Mutual Group, Inc. and Wausau Signature Insurance Agency, Inc. ("Defendants"), pursuant to Local Rule 7-4.01 jointly move this Court for leave to file a supplemental memorandum in opposition to Plaintiff's Motion for Partial Summary Judgment. In support of this motion, Defendants state as follows:

1.  On March 13, 2009, Plaintiff Steven Young filed his Motion for Partial Summary Judgment and Memorandum in Support of his Motion for Partial Summary Judgment. (Document # 20 and # 21).

2.  On April 24, 2009, Defendants filed their Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of their Cross-Motion for Summary Judgment ("Memorandum in Opposition"). (Document # 28). In support of their Memorandum in Opposition, Defendants filed their Response to Plaintiff's Statement of Undisputed Material Facts and Defendants' Statement of Undisputed Material Facts ("DSOF"). (Document # 26).

SLC-3287930-2