IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN L. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-CV-1832 TCM |
| ) | |
| LIBERTY MUTUAL GROUP, INC. and ) | |
| WAUSAU SIGNATURE AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

MOTION
Granted ✓
Denied _____
Overruled _____
Date _____
OBrwr 6/2/09

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff Steven Young, by and through his attorneys, and for good cause shown, respectfully moves this Court for an Order granting him an additional thirty days, up to and including July 1, 2009, in which to file motions for joinder of additional parties or amended pleadings and to complete designation of expert witnesses. In support, plaintiff states as follows.

1. In plaintiff's first motion on May 1, 2009 to extend the deadline to join parties or amend pleadings, he outlined the situation involving an additional company, A.G. Gallagher, which would likely have an interest in this case. The May 1 motion was premised on the responses to plaintiff's first and second requests for production of documents which specifically sought information regarding Gallagher's potential interest in this case.

2. Defendants have since served responses to plaintiff's discovery requests, yet objected to each of the document requests seeking information about A.G. Gallagher. Plaintiff maintains that such information is necessary to determine whether Gallagher should be added as a defendant to this lawsuit or whether the Complaint should be amended in any way.

1