IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN L. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08-cv-1832 |
| | ) | |
| LIBERTY MUTUAL GROUP, INC. and | ) | |
| WAUSAU SIGNATURE AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION:**
Granted  ✓
Denied _____
Overruled _____
Date _____
O(sgd) 6/1/05

## DEFENDANTS' JOINT MOTION FOR LEAVE OF COURT TO FILE THEIR FIRST AMENDED ANSWERS TO PLAINTIFF'S PETITION

Defendants Liberty Mutual Group, Inc. and Wausau Signature Insurance Agency, Inc. ("Defendants"), pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby jointly request leave of Court to file their First Amended Answers to Plaintiff's Petition. In support of their Motion, Defendants state as follows:

1.      Plaintiff filed his Petition on October 15, 2008 in the Circuit Court for St. Louis County, Missouri. Plaintiff brought one count of specific performance and three counts for declaratory judgment against Defendants.

2.      Defendants removed this case to the United States District Court for the Eastern District Court of Missouri on November 26, 2008. On December 4, 2008, Defendants each answered the Petition, asserted their affirmative defenses and Defendant Liberty Mutual Group filed a counterclaim against Plaintiff.

3.      The parties have since participated in written discovery, Court-referred mediation, and filed and briefed their respective motions for partial summary judgment.