IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEVEN L. YOUNG, )
)
    Plaintiff, )
)
v. ) Case No. 4:08-CV-1832 TCM
)
LIBERTY MUTUAL GROUP, INC. and )
WAUSAU SIGNATURE AGENCY, INC., )
)
    Defendants. )

| MOTION: | |
|---|---|
| Granted | ✓ |
| Denied | |
| Overruled | |
| Date | 7/6/09 |

## STIPULATED AMENDMENT OF THE JANUARY 21, 2009, CASE MANAGEMENT ORDER

COMES NOW Plaintiff Steven Young, by and through his attorneys, and on behalf of plaintiff and defendants, respectfully moves this Court for an Order amending the dates set forth in the Court's January 21, 2009, Case Management Order.

The parties have agreed, and therefore move the Court that Paragraph 2 of the Case Management Order be amended as follows:

    2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than August 1, 2009.

The parties have agreed, and therefore move the Court that Paragraph 3(b) of the Case Management Order be amended as follows:

    (b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than August 15, 2009, and shall make expert witnesses available for depositions, and have depositions completed, no later than September 15, 2009. Plaintiff shall disclose rebuttal experts and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than November 30, 2009, and shall

1