IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN L. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-CV-1832 TCM |
| ) | |
| LIBERTY MUTUAL GROUP, INC. and ) | |
| WAUSAU SIGNATURE AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

MOTION: 
Granted ✓
Denied ____
Overruled ____
Date ____
[signature] 9/10/09

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiff Steven L. Young, and Defendants Liberty Mutual Group, Inc. and Wausau Signature Agency, Inc., on the stipulation of all parties through their counsel of record:

1. Plaintiff's claims against defendants are dismissed with prejudice.

2. Defendant, Liberty Mutual Group, Inc.'s counterclaims against plaintiff are hereby dismissed with prejudice.

Each party shall bear its own attorneys fees and costs.

Respectfully submitted,

| Harness, Dickey & Pierce, P.L.C. | Husch, Blackwell, Sanders, LLP |
|---|---|
| /s/ Bryan K. Wheelock | /s/ Robyn D. Buck |
| Bryan K. Wheelock, E.D.#4696 | Robyn D. Buck, E.D. # 110003 |
| bwheelock@hdp.com | robyn.buck@huschblackwell.com |
| 7700 Bonhomme, Suite 400 | 190 Carondelet Plaza, Suite 600 |
| St. Louis, MO 63105 | St. Louis, MO 63105 |
| (314) 726-7505 | (314) 480-1500 |
| (314) 446-3360 (fax) | (314) 480-1505 |